FUNERAL SECURITY PLANS,
INC., Respondent,

v.

Robert COOPER, Appellant.

No. WD 35881.

Missouri Court of Appeals,
Western District.

April 2, 1985.

Carl W. Bussey, Kansas City, for appellant.

Michael J. Gallagher and Rebecca S. Cort and Thomas Franklin of Wassberg, Gallagher & Jones, Kansas City, for respondent.

Before TURNAGE, C.J., and SOMERVILLE and MANFORD, JJ.

ORDER

PER CURIAM.

This is a direct appeal from a jury award for breach of contract. The judgment is affirmed.

Rule 84.16(b).